**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2189**

---

WALTER B. GRAVES,

Plaintiff - Appellant,

versus

RUBY LEA NICHOLAS; VIRGINIA BROWN EDWARDS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., District Judge. (CA-97-130-2)

---

Submitted: February 26, 1998      Decided: March 16, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Walter B. Graves, Appellant Pro Se. Jonathan Lee Megerian, MEGERIAN & WELLS, Asheboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action for lack of jurisdiction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Graves v. Nicholas, No. CA-97-130-2 (M.D.N.C. Aug. 22, 1997). We deny Appellant's "Motion made to enter information." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED